UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 18-14477 |
| Hilmer J. Lovett ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Janet S. Baer | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

## Order Modifying the Automatic Stay

On motion of Glendale Lakes Townhome Association, Phase II for the entry of an order modifying the automatic stay to permit movant to enforce its security interest on debtor's real estate;

IT IS HEREBY ORDERED that the automatic stay in this case is modified as to the interest of Glendale Lakes Townhome Association, Phase II in the debtor's real property, commonly known as 1511 Golfview Drive, Glendale Heights, IL 60139.

IT IS FURTHER ORDERED that Rule 4001(a)(3) is waived, and the effect of this order is not stayed.

Enter:

*Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: February 01, 2019

**Prepared by:**

Fullett Swanson PC
Attorneys for Movant
430-440 Telser Road
Lake Zurich, IL 60047
847-259-5100